IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00485-GCM

ADRIAN DIAZ,

  Plaintiff,

v.

HIRERIGHT, LLC,

  Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Leah A. Tedford (Doc. No. 7).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Ms. Tedford is admitted to appear before this court *pro hac vice* on behalf of Defendant HireRight, LLC.

**IT IS SO ORDERED**.

Signed: June 17, 2024

Graham C. Mullen
United States District Judge