# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Adrian Diaz, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00485-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| HireRight, LLC, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Notice of Acceptance with Offer of Judgment filed on July 5, 2024.

July 25, 2024

Katherine Hord Simon, Clerk
United States District Court